**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jesus PACHECO, Defendant–Appellant.**

No. 14–10093.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 29, 2015.*

Filed April 17, 2015.

Susan B. Gray, Barbara Valliere, Assistant U.S., Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Erik G. Babcock, Law Office Of Erick G. Babcock, Oakland, CA, Defendant–Appellant.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

MEMORANDUM **

Jesus Pacheco appeals from the district court's judgment and challenges the 80–month sentence imposed following his guilty-plea conviction for conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846, and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Pacheco contends that the district court clearly erred by denying him a minor role adjustment pursuant to U.S.S.G. § 3B1.2(b). In light of the very large quantity of methamphetamine and Pacheco's conduct over the course of several days, including storing methamphetamine at his home, the district court did not clearly err. *See United States v. Hurtado,* 760 F.3d 1065, 1068–69 (9th Cir.2014); *United States v. Rodriguez–Castro,* 641 F.3d 1189, 1193 (9th Cir.2011); *United*

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*States v. Cantrell,* 433 F.3d 1269, 1282–83 (9th Cir.2006).

**AFFIRMED.**